**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

AETNA HEALTH INC., AETNA
LIFE INSURANCE COMPANY, and
AETNA HEALTH INSURANCE
COMPANY,

    Plaintiffs,

v.                                                  Case No.: 3:24-cv-01343

RADIOLOGY PARTNERS, INC.
and MORI, BEAN AND BROOKS, INC.,

    Defendants.

---

**PLAINTIFFS AETNA HEALTH INC., AETNA LIFE INSURANCE COMPANY, AND AETNA HEALTH INSURANCE COMPANY'S DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

    ☐     No.

    ☒     Yes, and

             ☒     These parent corporations and publicly held corporations own 10% or more of the filer's shares:

                    a. Plaintiff Aetna Health Inc. is a wholly owned subsidiary of Aetna Health Holdings, LLC, which is a wholly owned subsidiary of Aetna Inc., which is a wholly owned subsidiary of CVS Pharmacy, Inc., which is a wholly owned

      subsidiary of CVS Health Corporation. No corporation owns 10% or more of CVS Health Corporation's stock.

    b. Plaintiff Aetna Life Insurance Company is a wholly owned subsidiary of Aetna Inc., which is a wholly owned subsidiary of CVS Pharmacy, Inc., which is a wholly owned subsidiary of CVS Health Corporation. No corporation owns 10% or more of CVS Health Corporation's stock.

    c. Plaintiff Aetna Health Insurance Company is a wholly owned subsidiary of Aetna Inc., which is a wholly owned subsidiary of CVS Pharmacy, Inc., which is a wholly owned subsidiary of CVS Health Corporation. No corporation owns 10% or more of CVS Health Corporation's stock.

☐ The filer has no parent corporation.

☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☒ No.

☐ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: [].

    a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

        ☐ No.

        ☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

    b.    Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

        ☐    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

    c.    Is the filer an insurer?

        ☐    No.

        ☐    Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

    d.    Is the filer a legal representative?

        ☐    No.

        ☐    Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

    e.    Has the filer identified any corporation?

        ☐    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

    f.    Has the filer identified any natural person?

        ☐    No.

        ☐    Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3.    Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company,

       subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

        ☐    No.

        ☒    Yes. These additional persons and entities have or might have an interest in the outcome of the action:

           a.  Robins Kaplan LLP (Counsel for Plaintiffs)

           b.  Jared J. Burns (Counsel for Plaintiffs)

           c.  Nathaniel J. Moore (Counsel for Plaintiffs)

           d.  Marcus A Guith (Counsel for Plaintiffs)

           e.  Kyle D. Nelson (Counsel for Plaintiffs)

           f.  Paul D. Weller (Counsel for Plaintiffs)

4.    Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

        ☒    No.

        ☐    Yes, and this is the entity:

5.    Is this a bankruptcy action?

        ☒    No.

        ☐    Yes, and the debtor is [].

        ☐    Yes, and the members of the creditors' committee are [].

6.    Is this a criminal case?

        ☒    No.

        ☐    Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

   ☒ No.

   ☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

   ☒ Yes.

| | |
|---|---|
| Dated: December 23, 2024 | By: /s/ Jared J. Burns |

**ROBINS KAPLAN LLP**

Jared J. Burns
Fla. Bar #1003415
JBurns@robinskaplan.com
10151 Deerwood Park Blvd.,
Building 200, Suite 250
Jacksonville, FL 32256
P: (612) 349-8500

Nathaniel J. Moore*
NMoore@robinskaplan.com
Marcus A Guith*
MGuith@robinskaplan.com
Kyle D. Nelson*
KNelson@robinskaplan.com
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
P: 612.349.8500

Paul D. Weller*
PWeller@robinskaplan.com
1325 Avenue of the Americas, Suite 2601
New York, New York 10019
P: 212.980.7400

*Attorneys for Plaintiffs Aetna Health Inc., Aetna Life Insurance Company, and Aetna Health Insurance Company*

*Pro hac vice* forthcoming