# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

| | |
|---|---|
| AETNA HEALTH INC., AETNA LIFE INSURANCE COMPANY, and AETNA HEALTH INSURANCE COMPANY,<br><br>*Plaintiffs*,<br><br>v.<br><br>RADIOLOGY PARTNERS, INC. and MORI, BEAN AND BROOKS, INC.,<br><br>*Defendants*. | CASE NO.: 3:24-CV-01343-BJD-LLL |

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO EXCEED PAGE LIMITS AND INCORPORATED MEMORANDUM OF LAW

Pursuant to Local Rule 3.01(a), Defendants Radiology Partners, Inc. ("RP") and Mori, Bean and Brooks, Inc. ("MBB") (collectively "Defendants") hereby move this Court for leave to file a single consolidated motion to dismiss not to exceed 40 pages in lieu of two separate 25-page motions to dismiss, stating:

Plaintiffs filed their Complaint on December 23, 2024. [ECF No. 1]. The Complaint spans 70 pages, includes a 386-page exhibit, and asserts 11 claims against two defendants. *Id*. Given the number of separate allegations in the Complaint, Defendants believe the Court's limit of 25 pages for a motion is insufficient to adequately address Plaintiffs' claims in their anticipated motion to dismiss.

## Incorporated Memorandum of Law

Pursuant to Local Rule 3.01(a), motions are limited to 25 pages, absent leave of Court. A party requesting such leave must identify the "need for, and the length of, the proposed motion." Local Rule 3.01(a). This Court has granted leave to exceed page limitations where a motion will address complex legal claims. *See, e.g., Smith v. Costa Del Mar, Inc.*, No. 3:18-cv-1011-J-32JRK, 2019 U.S. Dist. LEXIS 102416, at *1 (M.D. Fla. June 19, 2019) (granting leave to file a 40-page motion for class certification that among other things "would discuss the legal elements of the Magnuson-Moss Warranty Act claim"). The same reasoning applies here.

Defendants are seeking leave to file a motion to dismiss not to exceed 40 pages. Defendants make this request because Plaintiffs' Complaint alleges complex issues of law and fact: the 69-page Complaint includes over 350 paragraphs, 11 causes of action, and raises significant issues under the recently enacted Federal No Surprises Act.

Defendants' request also is made in the interest of judicial economy. Under the Local Rules, each of the Defendants could file two separate 25-page motions to dismiss totaling 50 pages. Defendants' request to file a single 40-page motion will reduce the burden on the Court and aid the efficient resolution of the complex issues.

WHEREFORE, Defendants respectfully request the Court grant this Motion.

## **LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned certifies that counsel for Defendants conferred with counsel for Plaintiffs on February 3, 2025, and counsel for Plaintiffs do not oppose the relief sought herein.

Respectfully submitted this 3rd day of February, 2025.

| | |
|---|---|
| Glenn Solomon<br>*Admitted Pro Hac Vice*<br>Christopher Charles Jew<br>*Admitted Pro Hac Vice*<br>**KING & SPALDING LLP**<br>633 West Fifth Street, Suite 1600<br>Los Angeles, CA 90071<br>Telephone: 213-443-4355<br>Facsimile: 213-443-4310<br>Email: gsolomon@kslaw.com<br>            cjew@kslaw.com<br><br>Sara Brinkmann<br>*Admitted Pro Hac Vice*<br>**KING & SPALDING LLP**<br>1100 Louisiana Street, Suite 4100<br>Houston, TX  77002-5213<br>Telephone: 713-751-3200<br>Facsimile: 713-751-3290<br>Email: sbrinkmann@kslaw.com | */s/Samantha J. Kavanaugh*<br>Samantha J. Kavanaugh<br>Florida Bar No.:  0194662<br>Michael H. Thompson<br>Florida Bar No.:  1045189<br>**KING & SPALDING LLP**<br>Southeast Financial Center<br>200 S. Biscayne Blvd., Suite 4700<br>Miami, FL  33131<br>Telephone: 305-462-6000<br>Facsimile: 305-462-6100<br>Email:  skavanaugh@kslaw.com<br>            mhthompson@kslaw.com<br><br>*Counsel for Defendants Radiology Partners, Inc. and Mori, Bean and Brooks, Inc.* |