# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | |
|---|---|
| AETNA HEALTH INC., et al., | |
| *Plaintiffs*, | |
| v. | CASE NO.:  3:24-CV-01343-BJD-LLL |
| RADIOLOGY PARTNERS, INC., et al., | |
| *Defendants*. | |

## NOTICE OF A RELATED ARBITRATION

Pursuant to Local Rule 1.07, which provides that "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere" and "must file a 'Notice of a Related Action' that identifies and describes the related action," Defendants Mori, Bean, and Brooks, Inc. ("MBB") and Radiology Partners, Inc. ("RP") hereby provide notice to the Court of a related arbitration pending before the American Arbitration Association, case number AAA No. 01-25-0002-2015 (the "Arbitration").

MBB initiated the Arbitration against the Aetna entities that are the plaintiffs in this lawsuit, and their Affiliates (collectively, "Aetna"), as that term is defined in the Physician Group Agreement ("Agreement") between MBB and Aetna, on May 1, 2025. Among other things, MBB's arbitration demand ("Demand") alleges that Aetna's inclusion in this federal lawsuit of claims "arising out of or relating to the"

Agreement breached the Agreement's requirement for Aetna to arbitrate such claims, not litigate them in court. Further, the Demand seeks declaratory relief as to the arbitrable claims asserted in Aetna's Complaint [ECF No. 1], including, for example, that MBB did not breach the Agreement as alleged by Aetna in Counts One and Two of the Complaint, or that, alternatively, Aetna was not damaged by any alleged breach of the Agreement by MBB.

Should the Court require copies of the Demand[1] and/or other pleadings from the Arbitration to evaluate the nature of the Arbitration, any preclusive effect on this instant lawsuit, and any import to Defendants' pending Motion To Compel Arbitration and To Stay ("Motion to Compel Arbitration") [ECF No. 28], Defendants will submit such information.

---

[1] Defendants' motions to file the arbitration demand under seal [ECF Nos. 53 and 56], filed May 2, 2025 and June 9, 2025, have been denied without prejudice.

Respectfully submitted this 23rd day of June 2025.

Glenn Solomon
*Admitted Pro Hac Vice*
Christopher Charles Jew
*Admitted Pro Hac Vice*
**KING & SPALDING LLP**
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
Telephone: 213-443-4355
Email: gsolomon@kslaw.com
        cjew@kslaw.com

Sara Brinkmann
*Admitted Pro Hac Vice*
**KING & SPALDING LLP**
1100 Louisiana Street, Suite 4100
Houston, TX 77002-5213
Telephone: 713-751-3200
Email: sbrinkmann@kslaw.com

*/s/Samantha J. Kavanaugh*
Samantha J. Kavanaugh
Florida Bar No.: 0194662
Michael H. Thompson
Florida Bar No.: 1045189
**KING & SPALDING LLP**
Southeast Financial Center
200 S. Biscayne Blvd., Suite 4700
Miami, FL 33131
Telephone: 305-462-6000
Email: skavanaugh@kslaw.com
        mhthompson@kslaw.com

*Counsel for Defendants Radiology Partners, Inc. and Mori, Bean, and Brooks, Inc.*