**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| AETNA HEALTH INC., AETNA LIFE INSURANCE COMPANY, and AETNA HEALTH INSURANCE COMPANY, <br><br> *Plaintiffs,* <br><br> vs. <br><br> RADIOLOGY PARTNERS, INC. and MORI, BEAN AND BROOKS, INC., <br><br> *Defendants.* | Case No. 3:24-cv-01343-BJD-LLL |

## NOTICE OF APPEAL

Plaintiffs Aetna Health Inc., Aetna Life Insurance Company, and Aetna Health Insurance Company hereby notice their appeal to the United States Court of Appeals for the Eleventh Circuit of this Court's Order entered on April 16, 2026, granting Defendants' Motion to Dismiss the Amended Complaint. ECF No. 105.

Dated: May 6, 2026          **ROBINS KAPLAN LLP**

         */s/ Nathaniel J. Moore*
         Nathaniel J. Moore*
         NMoore@robinskaplan.com
         Marcus A Guith*
         MGuith@robinskaplan.com
         Kyle D. Nelson*
         KNelson@robinskaplan.com
         800 LaSalle Avenue, Suite 2800
         Minneapolis, MN 55402
         P: 612.349.8500

- 2 -

Paul D. Weller*
PWeller@robinskaplan.com
1325 Avenue of the Americas, Suite 2601
New York, New York 10019
P: 212.980.7400

*Attorneys for Plaintiffs Aetna Health Inc., Aetna Life Insurance Company, and Aetna Health Insurance Company*

*Admitted *pro hac vice*